**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

GARRY WENDEL,

        Plaintiff,

v.                                      Case No. 6:14-cv-675-Orl-37DAB

FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES; and SUNSHINE SAFETY
COUNCIL, INC.,

        Defendants.

**ORDER**

This cause is before the Court on the following:

1. Defendant Florida Department of Highway Safety and Motor Vehicles' Amended Motion to Dismiss Plaintiff's Complaint (Doc. 17), filed June 23, 2014; and

2. Plaintiff's Response in Opposition to Defendant's Amended Motion to Dismiss and Motion for Leave to File First Amended Complaint with Supporting Memorandum of Law (Doc. 22), filed July 21, 2014.

In Plaintiff's response to the motion to dismiss, he acknowledges certain pleading deficiencies and submits a proposed amended complaint that he represents cures those deficiencies. (Doc. 22, pp. 2–3.) The Court accepts that representation and will allow Plaintiff to file the amended complaint. *See* Fed. R. Civ. P. 15(a)(2). If Defendants still believe that the amended complaint is deficient (*see* Doc. 22-1), they may file another motion to dismiss.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff's Response in Opposition to Defendant's Amended Motion to Dismiss and Motion for Leave to File First Amended Complaint with Supporting Memorandum of Law (Doc. 22) is **GRANTED** to the extent that it seeks to file an amended complaint.

2. Plaintiff is **DIRECTED** to file the proposed amended complaint (Doc. 22-2) as a separate docket entry.

3. Defendant Florida Department of Highway Safety and Motor Vehicles' Amended Motion to Dismiss Plaintiff's Complaint (Doc. 17) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 22, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record